Michael R. Ross (016735)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8498
Facsimile:   (602) 530-8500
E-mail:   mrr@gknet.com

Attorneys for Enzymus, Thomas Aldrich and Justin Marsh

Terry E. Fenzl (#002485)
Maria Salapska (#019585)
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue
Post Office Box 400
Phoenix, Arizona  85001-0400
(602) 351-8000
*tfenzl@perkinscoie.com*
*msalapska@perkinscoie.com*
Attorneys for Plaintiff Marlyn Nutraceuticals, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Marlyn Nutraceuticals, Inc., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>Arthur Andrew Medical, Inc., an Arizona corporation doing business as Enzymus Medical; Justin Marsh; Thomas Aldrich; and David Hurowitz,<br><br>Defendants. | No. CV06-00346-JAT<br><br>**STIPULATION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION** |

Defendants Arthur Andrew Medical, Inc. doing business as Enzymus Medical ("Enzymus"), Thomas Aldrich and Justin Marsh (collectively "Defendants") and Plaintiff Marlyn Nutraceuticals, Inc., having settled the bulk of the disputes between them in this litigation, hereby stipulate to the entry of Judgment as follows:

1. The parties stipulate and agree to the entry of a Permanent Injunction in the form submitted with this Stipulation.  In general terms, that proposed injunction prohibits Defendants from the further use of and/or infringement on Plaintiff's trademarks, and Defendants agree to assign any rights that they might have in certain internet registrations.

2. The parties also stipulate to the dismissal of this matter with prejudice upon the resolution of the question of reasonable attorneys' fees and costs, addressed in paragraph 3 below.

3. The parties further stipulate to submit to the Court the question of the reasonable amount of attorneys' fees, costs and expenses, if any, to be awarded to Plaintiff.  The parties agree to submit the issue according to the following briefing schedule

    A. Plaintiffs shall submit its motion for attorneys' fees and related non-taxable expenses in accordance with Local Rule 54.2, within fourteen 14 days of the entry of judgment, and the memorandum of points and authorities in support of a motion for award of attorneys' fees, and all supporting documentation shall be filed and served within (60) days of the entry of judgment;

    B. Defendants' responsive memorandum shall be filed within fifteen (15) days after service of the memorandum in support; and

    C. Plaintiff's reply, if any, shall be filed ten (10) days after service of the responsive memorandum.

4. The parties further stipulate that Plaintiff shall submit a Bill of Costs in accordance with Fed. R. Civ. P. 54 and Local Rule 54.1, within ten (10) days after the entry of final judgment.

RESPECTFULLY SUBMITTED this 9th day of June, 2006.

GALLAGHER & KENNEDY, P.A.

By /s/Michael R. Ross
Michael R. Ross
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Attorneys for Enzymus, Thomas Aldrich and Justin Marsh

PERKINS COIE BROWN & BAIN PA

By /s/Maria Salapska
Maria Salapska
PO Box 400
Phoenix AZ 85001
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that the signatory to this document has indicated that the content of this document is acceptable and has authorized me to submit her electronic signature hereon.

I further certify that on this 9th day of June, 2006, I electronically transmitted this document to the Clerk of Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Terry E. Fenzl
Maria Salapska
**Perkins Coie Brown & Bain PA**
tfenzl@perkinscoie.com
MSalapska@perkinscoie.com
Attorneys for Plaintiff


/s/Michael R. Ross
1374381