UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Marlyn Nutraceuticals, Inc., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>Arthur Andrew Medical, Inc., an Arizona corporation, dba Enzymus Medical; Justin Marsh and Jane Doe Marsh, husband and wife; Tom Aldrich and Jane Doe Aldrich, husband and wife; David Hurowitz and Jane Doe Hurowitz, husband and wife; John Doe 1-10, Jane Doe 1-10; ABC Partnership 1-10; and XYZ Corporation 1-10,<br><br>Defendants. | No. CV 06-0346-PHX-JAT<br><br><br><br>**JUDGMENT** |

The Court having received and considered the pleadings filed by Plaintiff Marlyn Nutraceuticals, Inc., and Defendants Arthur Andrew Medical, Inc., an Arizona corporation d/b/a Enzymus Medical, Justin Marsh and Tom Aldrich having stipulated to the entry of a permanent injunction in the form submitted to the Court, and for good cause appearing,

JUDGMENT IS HEREBY ENTERED AS FOLLOWS:

1.   Defendants Arthur Andrew Medical, Inc., Thomas Aldrich, Justin Marsh, their officers, agents, servants, employees, and those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise (collectively "Defendants") shall be permanently enjoined from acts specified

in the Permanent Injunction entered by the Court in this matter, which is made a part of this Judgment.

2. Plaintiff Marlyn Nutraceuticals, Inc.'s remaining claims against Defendants Arthur Andrew Medical, Inc. d/b/a Enzymus Medical; Justin Marsh and Jane Doe Marsh, husband and wife; Tom Aldrich and Jane Doe Aldrich, husband and wife, have been resolved by the parties' settlement, which is made a part of this judgment.

3. Plaintiff shall be entitled to recover its taxable costs incurred herein in an amount to be determined by the Court.

4. Plaintiff may submit a motion for attorney's fees as provided in Local Rule Civil 54.2(b).

5. The status conference set for June 15, 2006, is vacated.

Dated this 12th day of June, 2006.

_____
James A. Teilborg
United States District Judge